UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GRZEGORZ KAZMIERCZAK,** **Individually and on Behalf of All Others Similarly Situated,** <br><br> Plaintiff, <br><br> vs. <br><br> **COMMUNITY LOAN SERVICING, LLC,** <br><br> Defendant. | Case No.: 22-CV-5014 |

### UNOPPOSED MOTION TO TRANSFER VENUE

Defendant Community Loan Servicing, LLC respectfully requests that this Court transfer this matter to the U.S. District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a). Counsel for Defendant has conferred with Plaintiff's Counsel, Thomas Zimmerman, who confirmed that Plaintiff does not oppose this Motion. In support of this Motion Defendant submits the following:

On September 15, 2022, Plaintiff filed this action, asserting claims for negligence, negligence per se, breach of implied contract, and a violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, related to Defendant's alleged failure to secure Plaintiff's and class members' personally identifiable information, resulting in a data security incident.

There are multiple class actions currently pending in the U.S. District Court for the Southern District of Florida that have been consolidated into a single proceeding: *In re Lakeview Loan Servicing Data Breach Litigation*, Case No. 1:22-cv-20955-DPG ("*Lakeview*"). These related actions raise factual and legal issues substantially identical to those raised in this action, against the same defendants, and have been consolidated. *Lakeview*, Dkt. 19.

Counsel for the parties have conferred and agree that, under the circumstances, transfer of this action to the Southern District of Florida is appropriate, in the interests of justice, and will promote the convenience of the parties and witnesses.

## CONCLUSION

For the foregoing reasons, the Court should transfer this case to the U.S. District Court for the Southern District of Florida under 28 U.S.C. § 1404(a).

Dated: October 18, 2022

Respectfully submitted,

*/s/ Maria Boelen*
Maria Boelen
**Baker & Hostetler LLP**
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Tel.: (312) 416-6200
mboelen@bakerlaw.com

*Counsel for Community Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing *Unopposed Motion to Transfer Venue* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Maria Boelen
Maria Boelen