## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Grzegorz Kazmierczak

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–05014
                                                          Honorable Gary Feinerman

Community Loan Servicing, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion to transfer case [10] is granted. By agreement, this case is transferred under 28 U.S.C. 1404(a) to the Southern District of Florida. The Clerk is directed to effectuate the transfer forthwith. The status hearing set for 11/10/2022 [8] is stricken. Civil case transferred. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.